**Order entered December 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01036-CV

### IN RE MUSTANG ASSET RECOVERY, LTD., Relator

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally GRANTED. The Court ORDERS the trial judge, the Honorable David Lopez, Judge of the 256th Judicial District Court, to vacate his May 20, 2019 "Order Granting Mother's Motion to Quash Deposition of Rebecca Lange and Motion for Protective Order." Should the trial judge fail to comply with this order, the writ will issue. The Court ORDERS the trial judge to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order issued in compliance with this order. We ORDER that relators recover their costs of this original proceeding from real parties in interest.


/s/     LANA MYERS
         JUSTICE